Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRUSTEES OF THE TEAMSTERS
LOCAL 631 SECURITY FUND FOR
SOUTHERN NEVADA,

                                Plaintiffs,

vs.

NEVADA READY MIX CORPORATION,
a Delaware Corporation,

                                Defendant.

Case No. 2:10-cv-01354-LDG-PAL

**MOTION TO WITHDRAW**

Applicant for Intervention Trustees of the Teamsters Vacation Trust Fund ("Vacation Trust Fund"), hereby withdraws its Motion to Intervene (Dkt. No. 22) in this case as additional Plaintiffs (the "Motion"). The Court has not adjudicated or otherwise considered the Motion, and NRM has not opposed or responded to it, therefore, no prejudice will result from the withdrawal.

///

///

///

20036\111\1522470.2                                 1

1   Vacation Trust Fund intends to commence a separate legal action for its claims.

2   DATED this 7th day of April, 2011.          BROWNSTEIN HYATT FARBER SCHRECK, LLP

3                                               /s/ Adam Segal

4                                               Adam P. Segal, Esq.
                                                Nevada Bar No. 6120

5                                               Aaron Fricke, Esq.
                                                Nevada Bar No. 11129

6                                               100 North City Parkway, Suite 1600
                                                Las Vegas, Nevada 89106-4614

7                                               Telephone: (702) 382-2101
                                                Facsimile:  (702) 382-8135

8

9                                               Attorneys for Plaintiffs

10

11

12

13                                              QTFGT

14

15   KV"KU'UQ'QTFGTGF0

16   FCVGF "yjku'aaaaaa"fc{'qh'Crtkn'42330'

17

18   aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa

19   """""""""""""""""""Nnq{f'F0I gqti g
     """""""""""""""""Ut0WU0Fkutkev'Lwfi g"

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106-4614
(702) 382-2101