Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>                              Plaintiffs,<br>vs.<br><br>NEVADA READY MIX CORPORATION, a Delaware Corporation,<br><br>                              Defendant. | Case No. 2:10-cv-01354-LDG-PAL<br><br>**NOTICE OF SETTLEMENT, REQUEST AND ORDER FOR STAY OF PROCEEDINGS, AND TO VACATE SETTLEMENT CONFERENCE AND BRIEFING** |

      Plaintiffs, the Trustees of the Teamsters Local 631 Security Fund for Southern Nevada ("Fund"), and Defendant Nevada Ready Mix Corporation, a Delaware corporation, by and through their respective counsel of record, hereby give notice that they have reached a settlement of this case in principle, and request that the Court take no further action in the case while the parties take steps to finalize settlement.

      The parties request that the Court stay all proceedings for thirty (30) days, after which time, upon full and final settlement of the case, the Funds and Defendant will file a stipulated dismissal. The parties also request that the Court vacate its Order Scheduling Settlement Conference (ECF No. 44), the Settlement Conference scheduled on October 19, 2011, and the related briefing deadline.

20036\111\1596144.2                  1

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | NORMAN H. KIRSHMAN, P.C. |
| /s/ Adam P. Segal<br>Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br>Email: asegal@bhfs.com | /s/ Norman H. Kirshman<br>Norman H. Kirshman, Esq.<br>Nevada Bar No. 2733<br>3800 Howard Hughes Parkway, #500<br>Las Vegas, Nevada 89169<br>Telephone: (702) 699-5918<br>Facsimile: (702) 369-5497<br>Email: kirshmanlaw@yahoo.com |
| Attorney for Plaintiffs | Attorney for Defendant |
| Dated: October 12, 2011. | Dated: October 12, 2011. |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE**

Dated:   October 13, 2011

**Case No. 2:10-cv-01354-LDG-PAL**

20036\111\1596144.2

2